## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:09CR248** |
| | ) | |
| **CARL J. PRESSLER,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the defendant's motion to continue trial (Doc. 16) for the reason that the government's case agent is unavailable from August 24, 2009 through September 7, 2009. The motion does not identify the agent or indicate that the defense intends to call this person as a witness. The defendant has not shown that the absence of the government's case agent will harm his defense. The court finds that the defendant has not shown good cause for the continuance requested.

**IT IS ORDERED** that the defendant's motion to Continue Trial (Doc. 16) is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **August 25, 2009.**

**DATED August 19, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**