UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                         )<br>                        Plaintiff,       )<br>                                                         )<br>          vs.                                       )<br>                                                         )<br>                                                         )<br>CARL J. PRESSLER,                    )<br>                                                         )<br>                        Defendant.   ) | 8:09C248<br><br>**FINAL ORDER OF<br>FORFEITURE** |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 31). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On October 16, 2009, the Court entered a Preliminary Order of Forfeiture under 18 U.S.C. §§ 2252 and 2253, based upon the Defendant's guilty plea to Counts I and III of the Indictment. Under the Preliminary Order of Forfeiture, the Defendant's interest in a Dell Latitude c640 Laptop, s/n DKJ8921, a Macintosh PowerMac G4 Tower, s/n XB1060SGKAM, and digital files and file remnants containing or depicting child pornography or visual depictions of minors in sexually explicit conduct, as defined in 18 U.S.C. § 2256, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on October 20, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on December 21, 2009 (Filing No. 30 ).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 31) is hereby sustained.

B. All right, title and interest in and to the Dell Latitude c640 Laptop, s/n DKJ8921, the Macintosh PowerMac G4 Tower, s/n XB1060SGKAM, and digital files and file remnants containing or depicting child pornography or visual depictions of minors in sexually explicit conduct, as defined in 18 U.S.C. § 2256, held by any person or entity, is hereby forever barred and foreclosed.

C. The Dell Latitude c640 Laptop, s/n DKJ8921, the Macintosh PowerMac G4 Tower, s/n XB1060SGKAM, and digital files and file remnants containing or depicting child pornography or visual depictions of minors in sexually explicit conduct, as defined in 18 U.S.C. § 2256, be, and the same hereby is, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 22nd day of December, 2009.

> BY THE COURT:
>
> S/ Laurie Smith Camp
> **United States District Judge**