IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 8:09CR248 |
| | ) | |
| CARL J. PRESSLER, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion to amend the Final Order of Forfeiture dated December 22, 2009 (Filing No. 33).

IT IS ORDERED:

1. The Plaintiff's Motion (Filing No. 33) is granted; and

2. This Court's Final Order of Forfeiture (Filing No. 32) is amended to reflect the Department of Homeland Security is the agency responsible for disposing of the computer equipment. All other provisions of the Final Order of Forfeiture remain in full force and effect.

DATED this 23rd day of December, 2009.

BY THE COURT:

s/ Laurie Smith Camp
**United States District Judge**